O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | SA 09-226M |
| ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| ) | (18 U.S.C. § 3142(i)) |
| ROBERTO ZAMORA-NARANJO, ) | |
| ) | |
| Defendant. ) | |

I.

A.  ( ) On motion of the Government involving an alleged

    1.  ( ) crime of violence;

    2.  ( ) offense with maximum sentence of life imprisonment or death;

    3.  ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

        (21 U.S.C. §§ 801,/951, et. seq..,/955a);

    4.  ( ) felony - defendant convicted of two or more prior offenses described above.

B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1.  ( X ) serious risk defendant will flee;

    2.  ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

|    |    |
|----|----|
| 1  | II. |
| 2  | The Court finds no condition or combination of conditions will reasonable assure: |
| 3  | A. ( X )   appearance of defendant as required; and/or |
| 4  | B. ( ) safety of any person or the community; |
| 5  | III. |
| 6  | The Court has considered: |
| 7  | A. ( x) the nature and circumstances of the offense; |
| 8  | B. (x) the weight of evidence against the defendant; |
| 9  | C. (x) the history and characteristics of the defendant; |
| 10 | D. ( ) the nature and seriousness of the danger to any person or to the community. |
| 11 | IV. |
| 12 | The Court concludes: |
| 13 | A. ( ) Defendant poses a risk to the safety of other persons or the community because: |
| 14 | |
| 15 | B. (x )    History and characteristics indicate a serious risk that defendant will flee because: |
| 16 | **Defendant is undocumented.   He has no ties to the community and no bail** |
| 17 | **resources.** |
| 18 | |
| 19 | C. ( ) A serious risk exists that defendant will: |
| 20 | 1. ( )   obstruct  or  attempt to  obstruct  justice; |
| 21 | 2. ( )   threaten, injure or intimidate a witness/ juror; because: |
| 22 | |
| 23 | D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption |
| 24 | provided in 18 U.S.C. § 3142 (e). |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

1     IT IS ORDERED that defendant be detained prior to trial.

2     IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4     IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5 consultation with his counsel.

8 Dated: May 28, 2009

                                Marc L. Goldman
                                U.S. Magistrate Judge